UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD GOENSE,**

    Plaintiff,

v.                                            Case No:   5:14-cv-200-Oc-22PRL

**PRATT (TARGET CONTAINER), INC.,**

    Defendant.

## ORDER

This cause is before the Court on Renewed Joint Motion to Approve FLSA Settlement (Doc. No. 16) filed on August 12, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 18, 2014 (Doc. No. 17), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion to Approve FLSA Settlement is hereby GRANTED. The Court finds the settlement to be a fair and reasonable resolution of a bona fide dispute over FLSA issues.   Further, the Court finds the amount of attorney's fees to be reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on September 4, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties